IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
THE GOOGLE ACCOUNTS
VNICE1937@GMAIL.COM AND
BENNYBROWN6278@GMAIL.COM
THAT IS STORED AT PREMISES
CONTROLLED BY GOOGLE LLC AND
GOOGLE PAYMENT CORPORATION

No.  1:24-mj-00099-JCN

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**

I, Jonathan Duquette, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.        I am a Task Force Officer with the Federal Bureau of Investigation (FBI). I have been in this position since June 2015.  Since January 2018, I have been assigned as a Task Force Officer to the FBI's Boston Division.  I am also a Border Patrol Agent with the U.S. Border Patrol and have been in that position since December 2009.  In my career, I have utilized various investigative tools and techniques, to include the use of search warrants involving electronic data.  Through my employment, I have conducted investigations relating to violations of federal law, including threatening communications.

2.        The FBI has jurisdiction to investigate offenses arising under 18 U.S.C. § 875(c), that involve interstate threatening communications.

3.        I make this affidavit in support of an application for a search warrant for information associated with Google accounts vnice1937@gmail.com and bennybrown6278@gmail.com that are stored at premises owned, maintained,

controlled, or operated by Google LLC and Google Payment Corporation, (hereinafter "Google"), electronic communications service and/or remote computing service providers headquartered at 1600 Amphitheater Parkway, Mountain View, California. The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers, other agents, and witnesses.  This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested search warrant.

5.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 875(c) (threatening interstate communications) has been committed by Benjamin Brown, DOB xx/xx/1978.  There is also probable cause to search the information described in Attachment A for evidence of this crime as further described in Attachment B.

## PROBABLE CAUSE

6.      On March 11, 2021, the FBI National Threat Operation Center (NTOC) Social Media Exploitation Team (SOMEX) received a voluntary disclosure from Google LLC's Cyber Crime Investigation Group, indicating that Google/YouTube user by the

name of "push een" had posted comments on YouTube threatening to kill Democratic Politicians as well as other individuals. Along with that voluntary disclosure, Google also sent subscriber information for user "push een" which listed the email address of downtownbennybrown1978@gmail.com for that user. Further, Google provided information from Google Payment Corporation, showing that user downtownbennybrown1978@gmail.com had the following address information listed in Google Wallet: Benjamin A. Brown, 20 Gold Street, Unit 2, Waterville, Maine, with telephone number 207-307-0211.

7.     In Google's disclosure on March 11, 2021, Google included records showing that the above YouTube user "push een" with the email address of downtownbennybrown1978@gmail.com, made the following comments on YouTube videos:

a.   "this is even more of a reason why we need to all own a gun and protect ourselves if that was me I would have shot and killed every fucking pig on my fucking lawn every mother fucker on my lawn would have been dead!!! Look out you fucking pigs because when come on my properly there will be fucking booby traps where I will be able to fucking kill you if you try to fucking fuck with me and my family bitches!!!!!" (Posted on March 3, 2021, at 13:51 GMT);

b.   "KILL CHUCK SCHUMER NANCY PELOSI AND JOE BIDEN THEY ARE PURE FUCKING EVIL AND THEY NEED TO FUCKING DIE!!!!!" (Posted on March 03, 2021, at 07:13:47 GMT);

3

    c.   "senator Susan Collins is a fucking cunt I hope that when she's walking to her car one day someone walks up behind her and puts a fucking bullet right in the back of her fucking skull!!!" (Posted on February 16, 2021, at 14:43:52 GMT);

    d.   "I have thought an awful lot about killing Joe Biden!!" (Posted on February 16 2021, at 08:16:59 GMT); and

    e.   "I can't wait for a revolution so we can burn Washington to the fucking ground!!! Drag Joe Biden out of the White House and beat him to death on his own front lawn!!!!" (Posted on February 15, 2021, at 02:03:05 GMT).

8.    Through open-source database research, the FBI was able to confirm that Benjamin A. Brown, DOB xx/xx/1978, SSN xxx-xx-6989, was listed as residing at 20 Gold Street, Apartment 2, in Waterville, ME.

9.    On March 22, 2021, an agent with the FBI and an agent with the U.S. Secret Service attempted to make contact with Brown at his last known addresses (20 Gold Street, Apt. 2, Waterville, ME; and 10 Spring St., Apt. 5, Waterville, ME), but they were unsuccessful.  On March 22, agents spoke with tenants of apartment 5 on Spring Street and the landlord, and they indicated that Brown did not reside there.[1]  On March 25, 2021, an agent with the U.S. Secret Service spoke with Brown's prior landlord at the Gold Street residence, who said he recently evicted Brown in November of 2020, but Brown and his family left before the eviction process was final.  The landlord indicated that Brown rented from him for a two-year period before the eviction.  The landlord said

---

[1] While unclear, it appears the agents may have gone to the wrong apartment on Spring Street in Waterville.

that during the past year, he found Brown to be increasingly abusive to Brown's family, especially women, and that Brown's wife and kids were subservient to Brown. The landlord did not believe Brown was fascinated with assassins or weapons. He said Brown traveled a lot to see family out of state, and although Brown claimed to have a weapons specialty, the landlord thought this claim was boastful.

10.     On April 2, 2021, an agent with the U.S. Secret Service went to 10 Spring Street, Apartment 5, in Waterville and observed a vehicle registered to Brown parked at that residence. On that date, the agent interviewed Brown, who initially denied making the posts but confirmed ownership of the Google user name of "push een" and the email address downtownbennybrown1978@gmail.com. Brown acknowledged that he "may have" made the posts and said he often gets frustrated by current events and makes exaggerated, hyperbolic posts. Brown said he does not wish harm to anyone listed in his posts and that he primarily uses the YouTube channel Downtown Benny Brown Productions to make posts. Brown also said that he has Tourette's. Brown said he had no access to weapons or plans to travel. At the conclusion of the interview, Brown was cooperative and apologetic for making the posts. The FBI subsequently closed its investigation in 2021 after referring the matter to the U.S. Secret Service.

11.     On April 12, 2023, the FBI NTOC SOMEX team received a voluntary emergency disclosure from Google LLC's Cyber Crime Investigation Group, indicating that the Google Account fakjoebiden@gmail.com had posted threats to kill George Soros, as well as violent threats against members of the LGBTQ+ community, Mexican politicians, and Alvin Bragg. Google provided the subscriber information for the Google Account fakjoebiden@gmail.com, which showed that the account used the Display

Name of John Doe.  Google also indicated that the same Android device was used to access the Google account fakjoebiden@gmail.com and the Google account bennybrown6278@gmail.com.  Google's records indicate that the name Benjamin Brown is associated with the fakjoebiden@gmail.com Account, as well as the phone number (207) 289-8613 and the city is listed as Waterville, ME.

12.     In that April 12, 2023, emergency disclosure, Google provided the subscriber information for the Google Account bennybrown6278@gmail.com, showing that the display name associated with the account was Hand Hole Productions.  The phone number (207)289-8613 was associated with the account.  Records from Google Payment Corporation showed that the following address information was listed in Google Wallet for user bennybrown6278@gmail.com: Benjamin Brown, 10 Spring Street, Apt. 5, Waterville, ME, with phone number (207) 289-8613.

13.     In April 2023, the user of the Google Account bennybrown6278@gmail.com posted on other YouTube user's videos.  The following are samples of some of the account user's comments provided by Google:

   a.  "I'll kill George Soros I'll kill his whole fucking family" (Posted on April 6, 2023, at 3:20 AM PDT);

   b.  "GEORGE SOROS NEEDS TO BE ASSASSINATED AND I HAVE NO PROBLEM DOING IT I'LL DO IT FOR FREE" (Posted on April 6, 2023, at 3:20 AM PDT);

   c.  "THE PRESIDENT OF MEXICO IS THE LEADER OF THE CARTELS HE HAS A MONSTER HE MUST BE ASSASSINATED!!!" (Posted on April 2, 2023, at 1:07 AM PDT);

    d.  "Give me a couple duffel bags of c4 and an automatic pistol with the silencer some grenades and I will take out the cartels myself"; (Posted on April 2, 2023, at 1:02 AM PDT);

    e.  "HEY FBI, SORRY TO BE THE BEARER OF BAD NEWS BUT THERE IS NOTHING THAT YOU'LL BE ABLE TO DO TO STOP THE REVOLUTION BECAUSE WE ARE TOO MANY AND WE ARE TOO POWERFUL WE WILL OVERTHROW YOU WE WILL OVERTHROW THE CIA WE WILL OVERTHROW EVERY POLICE OFFICER IN THIS COUNTRY WHO CHOOSES TO FIGHT ON YOUR SIDE WE WILL OVERTHROW EVERY SINGLE MILITARY MEMBER WHO CHOOSES TO FIGHT ON YOUR SIDE WE OUTNUMBER YOU WE OUTGUN YOU AND YOU WILL NOT WIN!!" (Posted on March 30, 2023, at 8:36 PM PDT); and

    f.  "I AM READY FOR A REVOLUTION AND I HAVE BEEN PREPARING FOR YEARS ####" (Posted on March 30, 2023, at 8:35 PM PDT).

14.    Through investigation, it was learned from open source queries that the same IP address (2603:7081:6d00:e997:6830:8db0:dace:3aad) was used by both Google Accounts (fakjoebiden@gmail.com and bennybrown6278@gmail.com).  By conducting an open-source query for that IP address, I learned that the IP address resolves to Winslow, Maine, and service provider Charter Communications, Inc. Through an advanced open-source query conducted by NTOC for the IP address, it was learned that it resolved to Waterville, Maine, with provider Spectrum (which operates as Charter Communications, Inc., in the State of Maine).

15.     An open-source search provided several results, some of which were duplicate entries, under public records for the telephone number (207) 289-8613.  The active phone (meaning the most current result) for the number was listed as belonging to Benjamin Brown, 10 Spring Street, Apt. 5, Waterville, ME 04901.  A query through a law enforcement database for Benjamin Brown, DOB xx/xx/1978, showed that Brown was issued a driver's license in 2021, with an address of 10 Spring Street, Apartment 5, in Waterville, Maine.

16.     On April 13, 2023, I interviewed Brown at 10 Spring Street, Apartment 5, in Waterville, Maine, along with FBI Special Agent Kurt Ormberg.  I spoke to a male individual through the closed exterior door of the apartment; therefore, I could not conclusively identify that person as Brown.  However, based on the content of the interview and our conversation, I believe it was Brown.  I explained to the male who came to the door that I was looking to speak with Benjamin Brown about comments he posted online.  During the interview, the person presumed to be Brown said that anything posted online was free speech.  The male never said that he was not Brown, and he did not deny posting the comments when I read them to him.  Brown said he was only "venting" and did not mean to sound threatening.  Brown also claimed that he uses Google voice to text which does not always correctly transcribe what he said.  Brown described himself as a peaceful person.  Brown was advised to read Title 18, United States Code Section 875(c) for definitions of Interstate Threatening Communications, and he was warned that all statements online do not constitute free speech.  Brown acknowledged that he would research the law provided.  Brown claimed not to own firearms at that time.  In May 2023, the investigation was closed.

17.     On February 20, 2024, the FBI National Threat Operations Section (NTOS) Exigent Threat Research and Analysis Crisis Team (EXTRACT) received a voluntary emergency disclosure of information from Google LLC's Cyber Crime Investigation Group, indicating that Google Account User vnice1937@gmail.com made threats towards immigrants and other elected officials and was stockpiling weapons in preparation for a violent civil war in the United States.  Google provided the following subscriber information for the Account vnice1937@gmail.com: display name of "Ghhgnfhjhvhgv Mvh hc! J! K" and a DOB of "1909."  Google indicated that the Google email account bennybrown6278@gmail.com appeared on the same Android Device as the account vnice1937@gmail.com.  Google provided the subscriber information for bennybrown6278@gmail.com, which showed a display name of "JOEBIDEN IS A PEDOPHILE," a date of birth in 1900, and a telephone number of (207) 289-8613.

18.     The following are samples of some of the comments posted by user vnice1937@gmail.com that were provided by Google on February 20, 2024:

    a.  "THAT'S RIGHT AND PRETTY SOON WE'RE GOING TO KILL EVERY SINGLE ONE OF YOU WOULD LEGAL IMMIGRANTS YOU'RE ALL GOING TO DIE AT THE HANDS OF OUR GUNS. YOU BROKE INTO THE WRONG COUNTRY AND YOU'RE GOING TO PAY FOR IT WITH YOUR LIFE" (Posted on February 20, 2024, at 4:35 AM PST);

    b.  "IF YOU DON'T FIGHT FOR YOUR FREEDOM IT WILL BE TAKEN FROM YOU I CANNOT WAIT TO FIGHT THE CIVIL WAR AND KILL THESE DEMOCRAT POLITICIANS" (Posted on February 15, 2024 at 3:28 UTC);

c. "ALL OF THESE ILLEGAL IMMIGRANTS DESERVE TO DIE THEY ARE
TERRORIST WHO BROKE INTO OUR COUNTRY WE THE PEOPLE
HAVE EVERY LEGAL RIGHT TO DEFEND OUR COUNTRY AND KILL
THEM ALL AND THAT IS JUST WHAT WE ARE GOING TO DO AND I
AM GOING TO BUY ME AN AR-15 TO DO IT" (Posted on February 14,
2024, at 1:42 UTC);

d. "SADLY PRESIDENT TRUMP WILL NOT BE BACK IN THE WHITE
HOUSE BECAUSE THE DEMOCRATS ARE GOING TO STEAL IT. THE
ONLY WAY TO SAVE THIS COUNTRY IS A CIVIL WAR OR A
REVOLUTION WE MUST TAKE UP ARMS AGAINST THE DEEP STATE
GOVERNMENT AND OVERTHROW THEM WITH OUR GUNS
BECAUSE THE ONLY WAY TO GET RID OF EVIL IS TO KILL IT"
(Posted on February 7, 2024, at 16:47 UTC);

e. "I HOPE THE CITIZENS OF DENVER TAKE UP ARMS AGAINST THESE
ILLEGAL IMMIGRANTS BECAUSE WE HAVE THAT LEGAL RIGHT
THAT'S WHY I'M BY MYSELF LOTS OF GUNS AND I'M GOING TO
TAKE UP ARMS AGAINST THESE ILLEGAL IMMIGRANTS" (Posted on
February 6, 2024, at 21:49 UTC);

f. "AT THIS POINT IT'S COMMON SENSE THAT THIS IS NOTHING
MORE THAN A POLITICAL ASSASSINATION. DONALD TRUMP IS
INNOCENT OF ALL CHARGES THE JUDGES ARE CORRUPT THE
WHOLE COUNTRY'S CORRUPT AND WE THE PEOPLE OF THE
UNITED STATES OF AMERICA ARE GOING TO START A

REVOLUTION A CIVIL WAR AND WE ARE GOING TO OVERTHROW THE CROOKED TIRING GOVERNMENT IN THE FBI AND THE CIA WITH OUR GUNS AND THERE'S NOTHING ANYONE'S GOING TO DO ABOUT IT" (Posted on January 20, 2024, at 2:56 UTC);

g.  "I'M STOCKPILING WEAPONS IN AMMO FOR THE CIVIL WAR SO I CAN KILL AS MANY DEMOCRATS AS POSSIBLE HOPEFULLY SOMEONE WILL SAVE BARACK HUSSEIN OBAMA FOR ME SO I CAN BLOW HIS FUCKING BRAINS OUT" (Posted on December 25, 2023, at 8:31 UTC); and

h.  "I ALREADY HOPE THIS DOES HAPPEN BECAUSE IT WILL ALLOW ME TO KILL BARACK HUSSEIN OBAMA AND JOE BIDEN IN THE REST OF THE DISGUSTING DEEP STATE DEMOCRATS ALONG WITH THE senator and Governor of MaineE😋😋😋😋😋" (Posted on December 25, 2023, at 8:21 UTC).

19.  The following are samples of some of the comments posted by user bennybrown6278@gmail.com that were provided by Google on February 20, 2024:

a.  "AND THIS IS EVEN MORE OF THE REASON WHY WE NEED TO UTILIZE OUR SECOND AMENDMENT RIGHTS START A REVOLUTION AND KILL THE ENTIRE DEEP STATE GOVERNMENT I'M LOOKING FORWARD TO IT I'M GOING TO GO OUT AND BUY AN AR-15 JUST IN CASE ####" (Posted on February 13, 2024, at 1:00 AM PST);

b.  "EVERY SINGLE ONE OF THESE ILLEGAL IMMIGRANTS ARE

TERRORISTS THAT BROKE INTO OUR COUNTRY AND WE HAVE

EVERY LEGAL RIGHT TO KILL THEM AND THAT'S EXACTLY WHAT

I'M GOING TO DO AND THERE IS NOT A GODDAMN PERSON WHO'S

GOING TO STOP ME NOT THE FBI NOT THE LOCAL POLICE NOT A

MOTHERFUCKING SOUL I FUCKING DARE YOU" (Posted on February

8, 2024, at 8:58 PM PST); and

    c.   "I'M GOING TO GO HUNTING FOR THESE ILLEGAL IMMIGRANTS

THAT HAVE TALKED TO THESE NEW YORK POLICE OFFICERS I'M

GOING TO HUNT THEM DOWN AND KILL THEM" (Posted on February

8, 2024, at 8:53 PM PST).

20.    In its February 20, 2024, disclosure, Google stated that records from Google Payment Corporation indicated that the following address information is listed in Google Wallet for user bennybrown6278@gmail.com: Benjamin Brown, 10 Spring Street, Apt. 5, Waterville, ME, with phone number (207) 289-8613.

21.    On February 20, 2024, FBI Special Agents (SA) Dale Wengler and Andrew Drewer attempted to interview Benjamin Brown at 10 Spring Street, Apartment 5, Waterville, Maine.  Again, the male who answered the door would not open the door, and his identity could not be conclusively confirmed.  However, based on the content of the interview and the conversation, SA Wengler and I believe it was him.  The agents spoke with the male who is believed to be Brown about his recent posts on YouTube. The male presumed to be Brown acknowledged the posts and said he was not making threats towards others and that he was not going to hurt himself or anyone else because he is not a violent person.  The male also said that he did not own a gun and that he

12

would only defend himself if he was threatened.  The male believed to be Brown said he would stop posting on YouTube so the agents would not have to come back.  The male also acknowledged that agents had admonished him before about making threats.

22.     The investigation has shown that Google account users bennybrown6278@gmail.com and vnice1937@gmail.com have been posting threatening comments on YouTube videos as recently as February 20, 2024.  According to information provided by Google on February 20, 2024, in its voluntary emergency disclosure to the FBI NTOS EXTRACT, the bennybrown6278@gmail.com Account is associated with Benjamin Brown of 10 Spring Street, Apt. 5, Waterville, ME, with phone number (207) 289-8613.  According to records from Google provided on February 20, 2024, the vnice1937@gmail.com Account is linked to the bennybrown6278@gmail.com Account because the same Android device was used to access both accounts.

23.     As indicated above, an open-source search of telephone number (207) 289-8613 produced several results, with the most recent result indicating that the phone number belonged to Benjamin Brown of 10 Spring Street, Apt. 5, Waterville, ME 04901.

24.     On March 6, 2024, the FBI submitted a preservation request to Google for Google Accounts bennybrown6278@gmail.com and vnice1937@gmail.com, and Google assigned reference number 54481689 to the request.

25.     As a result, there is probable cause to believe that Brown committed the offense of interstate threatening communications in violation of 18 U.S.C. § 875(c). There is also probable cause to search the information described in Attachment A for evidence of these crimes as described in Attachment B.

## BACKGROUND CONCERNING GOOGLE[2]

26.     Google is a United States company that offers to the public through its
Google Accounts a variety of online services, including email, cloud storage, digital
payments, and productivity applications, which can be accessed through a web browser
or mobile applications. Google also offers to anyone, whether or not they have a Google
Account, a free web browser called Google Chrome, a free search engine called Google
Search, a free video streaming site called YouTube, a free mapping service called Google
Maps, and a free traffic tracking service called Waze. Many of these free services offer
additional functionality if the user signs into their Google Account.

27.     In addition, Google offers an operating system ("OS") for mobile devices,
including cellular phones, known as Android. Google also sells devices, including
laptops, mobile phones, tablets, smart speakers, security cameras, and wireless routers.
Users of Android and Google devices are prompted to connect their device to a Google
Account when they first turn on the device, and a Google Account is required for certain
functionalities on these devices.

28.     Signing up for a Google Account automatically generates an email address
at the domain gmail.com. That email address will be the log-in username for access to
the Google Account.

29.     Google advertises its services as "One Account. All of Google working for
you." Once logged into a Google Account, a user can connect to Google's full suite of

---

[2]     The information in this section is based on information published by Google on its public websites,
including, but not limited to, the following webpages:  the "Google legal policy and products" page available to
registered law enforcement at lers.google.com; product pages on support.google.com; or product pages on
about.google.com.

services offered to the general public, described in further detail below. In addition,

Google keeps certain records indicating ownership and usage of the Google Account

across services, described further after the description of services below.

30.     Google provides an address book for Google Accounts through Google

Contacts. Google Contacts stores contacts the user affirmatively adds to the address

book, as well as contacts the user has interacted with in Google products. Google

Contacts can store up to 25,000 contacts. Users can send messages to more than one

contact at a time by manually creating a group within Google Contacts or communicate

with an email distribution list called a Google Group. Users have the option to sync their

Android mobile phone or device address book with their account so it is stored in

Google Contacts. Google preserves contacts indefinitely, unless the user deletes them.

Contacts can be accessed from the same browser window as other Google products like

Gmail and Calendar.

31.     Google provides an appointment book for Google Accounts through

Google Calendar, which can be accessed through a browser or mobile application. Users

can create events or RSVP to events created by others in Google Calendar. Google

Calendar can be set to generate reminder emails or alarms about events or tasks, repeat

events at specified intervals, track RSVPs, and auto-schedule appointments to complete

periodic goals (like running three times a week). A single Google Account can set up

multiple calendars. An entire calendar can be shared with other Google Accounts by the

user or made public so anyone can access it. Users have the option to sync their mobile

phone or device calendar so it is stored in Google Calendar. Google preserves

appointments indefinitely, unless the user deletes them. Calendar can be accessed from the same browser window as other Google products like Gmail and Calendar.

32.     Google collects and retains data about the location at which Google Account services are accessed from any mobile device, as well as the periodic location of Android devices while they are in use. This location data can derive from a range of sources, including GPS data, Wi-Fi access points, cell-site locations, geolocation of IP addresses, sensor data, user searches, and Bluetooth beacons within range of the device. According to Google, this location data may be associated with the Google Account signed-in or registered to the device when Location Services are activated on the device and the user has enabled certain global settings for their Google Account, such as Location History or Web & App Activity tracking.  The data retained may be both precision location data, like latitude and longitude coordinates derived from GPS, and inferential location data, such as the inference that a Google Account is in New York because it conducts a series of searches about places to eat in New York and directions from one New York location to another. Precision location data is typically stored by Google in an account's Location History and is assigned a latitude-longitude coordinate with a meter radius margin of error. Inferential data is stored with an account's Web & App Activity. Google maintains these records indefinitely for accounts created before June 2020, unless the user deletes it or opts to automatically delete their Location History and Web & App Activity after three or eighteen months. Accounts created after June 2020 auto-delete Location History after eighteen months unless the user affirmatively changes the retention setting to indefinite retention or auto-deletion at three months.

33.     A subsidiary of Google, Google Payment Corporation, provides Google Accounts an online payment service called Google Pay (previously Google Wallet), which stores credit cards, bank accounts, and gift cards for users and allows them to send or receive payments for both online and brick-and-mortar purchases, including any purchases of Google services. Users may delete some data associated with Google Pay transactions from their profile, but Google Payment Corporation retains some records for regulatory purposes.

34.     Google offers a free web browser service called Google Chrome which facilitates access to the Internet. Chrome retains a record of a user's browsing history and allows users to save favorite sites as bookmarks for easy access. If a user is logged into their Google Account on Chrome and has the appropriate settings enabled, their browsing history, bookmarks, and other browser settings may be saved to their Google Account in a record called My Activity.  My Activity also collects and retains data about searches that users conduct within their own Google Account or using the Google Search service while logged into their Google Account, including voice queries made to the Google artificial intelligence-powered virtual assistant Google Assistant or commands made to Google Home products. Google also has the capacity to track the websites visited using its Google Chrome web browser service, applications used by Android users, ads clicked, and the use of Google applications by iPhone users. According to Google, this search, browsing, and application use history may be associated with a Google Account when the user is logged into their Google Account on the browser or device and certain global settings are enabled, such as Web & App Activity. Google Assistant and Google Home voice queries and commands may also be associated with

17

the account if certain global settings are enabled, such as Voice & Audio Activity

tracking. Google maintains these records indefinitely for accounts created before June

2020, unless the user deletes them or opts in to automatic deletion of their location

history every three or eighteen months. Accounts created after June 2020 auto-delete

Web & App Activity after eighteen months unless the user affirmatively changes the

retention setting to indefinite retention or auto-deletion at three months.

35.     Google also offers a video platform called YouTube that offers Google

Accounts the ability to upload videos and share them with others. Users can create a

YouTube channel where they can upload videos, leave comments, and create playlists

available to the public. Users can subscribe to the YouTube channels of others, search

for videos, save favorite videos, like videos, share videos with others, and save videos to

watch later. More than one user can share control of a YouTube channel. YouTube may

keep track of a user's searches, likes, comments, and change history to posted videos.

YouTube also may keep limited records of the IP addresses used to access particular

videos posted on the service. Users can also opt into a setting to track their YouTube

Watch History. For accounts created before June 2020, YouTube Watch History is

stored indefinitely, unless the user manually deletes it or sets it to auto-delete after three

or eighteen months. For accounts  created after June 2020, YouTube Watch History is

stored for three years, unless the user manually deletes it or sets it to auto-delete after

three or eighteen months.

36.     Google integrates its various services to make it easier for Google Accounts

to access the full Google suite of services. For example, users accessing their Google

Account through their browser can toggle between Google Services via a toolbar

displayed on the top of most Google service pages, including Gmail and Drive. Google Hangout, Meet, and Chat conversations pop up within the same browser window as Gmail. Attachments in Gmail are displayed with a button that allows the user to save the attachment directly to Google Drive. If someone shares a document with a Google Account user in Google Docs, the contact information for that individual will be saved in the user's Google Contacts. Google Voice voicemail transcripts and missed call notifications can be sent to a user's Gmail account. And if a user logs into their Google Account on the Chrome browser, their subsequent Chrome browser and Google Search activity is associated with that Google Account, depending on user settings.

37.   When individuals register with Google for a Google Account, Google asks users to provide certain personal identifying information, including the user's full name, telephone number, birthday, and gender. If a user is paying for services, the user must also provide a physical address and means and source of payment.

38.   Google typically retains and can provide certain transactional information about the creation and use of each account on its system. Google captures the date on which the account was created, the length of service, log-in times and durations, the types of services utilized by the Google Account, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Google's website or using a mobile application), details about the devices used to access the account, and other log files that reflect usage of the account. In addition, Google keeps records of the Internet Protocol ("IP") addresses used to register the account and accept Google's terms of service, as well as the IP addresses associated with particular logins to the account. Because every device

that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the Google Account.

39.     Google maintains the communications, files, and associated records for each service used by a Google Account on servers under its control. Even after a user deletes a communication or file from their Google Account, it may continue to be available on Google's servers for a certain period of time.

40.     In my training and experience, evidence of who was using a Google account and from where, and evidence related to criminal activity of the kind described above, may be found in the files and records described above.  This evidence may establish the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion.

41.     Based on my training and experience, messages, documents, and internet searches are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation.  Thus, stored communications and files connected to a Google Account may provide direct evidence of the offenses under investigation.

42.     In addition, the user's account activity, logs, stored electronic communications, and other data retained by Google can indicate who has used or controlled the account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, subscriber information, email and messaging logs, documents, and photos and videos (and the data associated with the foregoing, such as geo-location, date and time), may

be evidence of who used or controlled the account at a relevant time.  As an example, because every device has unique hardware and software identifiers, and because every device that connects to the Internet must use an IP address, IP address and device identifier information can help to identify which computers or other devices were used to access the account.  Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.

43.     Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation.  For example, information on the account may indicate the owner's motive and intent to commit a crime (*e.g.,* information indicating a plan to commit a crime), or consciousness of guilt (*e.g.,* deleting account information in an effort to conceal evidence from law enforcement).

44.     Other information connected to the use of a Google account may lead to the discovery of additional evidence.  For example, the apps downloaded from the Google Play store may reveal services used in furtherance of the crimes under investigation or services used to communicate with co-conspirators.  In addition, emails, instant messages, Internet activity, documents, and contact and calendar information can lead to the identification of co-conspirators and instrumentalities of the crimes under investigation.

45.     Therefore, Google's servers are likely to contain stored electronic communications and information concerning subscribers and their use of Google services.  In my training and experience, such information may constitute evidence of

the crimes under investigation including information that can be used to identify the account's user or users.

## CONCLUSION

46.     Based on the foregoing, I request that the Court issue the proposed search warrant.

47.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving the warrant on Google.  Because the warrant will be served on Google, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

**Jonathan Duquette**
Task Force Officer
Federal Bureau of Investigation

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date: Apr 01 2024

City and state: Bangor, ME

Judge's signature
John C. Nivison U.S. Magistrate Judge
Printed name and title

22